**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

DEC 29 2005

GREGORY C. LANGHAM
                    CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. **05 - CV - 02648** -OES

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

ROBERT G. ROAM,

      Plaintiff,

v.

GENE GARRISON,
KATHY GARRISON,
JOSEPH GARRISON, 32971 County RD. 101.2, Model, CO 81059, Tyrone Area Off
      C.R. 64,
SHERIFF JAMES W. CASIAS, 2309 E. Main Street, Trinadad [sic], CO 81082,
LES DOWNS, Public Defender, 134 West Main Street, #32, Trinadad [sic], CO 81082,
JUDGE GEORGE A. NEWNAM, Office in Courthouse, on Third Floor, District Court
      200 E. 1st #304, Trinadad [sic] CO, 81082,
DARREL FOSTER, Postal Worker, House is Part of U. S. Post Office, Model, CO
      81059, and
RODOLFO REVELES, Attorney, 100 E. Main St., Suite 501, Trinadad [sic], CO 81082,
      Bank Building,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915, and a Complaint.  The court has determined that the documents

is/are deficient as described in this order.  Notwithstanding the deficiencies, the clerk of

the court will be directed to commence a civil action.  Plaintiff will be directed to cure the

following if he wishes to pursue his claims.  Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

Dockets.Justia.com

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __   is not submitted
(2)   __   is not on proper form (must use the court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   X    affidavit is incomplete (Caption not complete.)
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or
           application
(8)   __   An original and a copy have not been received by the court.
           Only an original has been received.
(9)   __   other _____

**Complaint or Petition:**
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the Plaintiff
(13)  X    is incomplete
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court.  Only an
           original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been
           received by the court.
(17)  X    names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915; Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _29th_ day of _December_ , 2005.

BY THE COURT:


_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02648 ~ OES

Robert G. Roam
PO Box 45
Model, CO 81059

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Complaint** to the above-named individuals on _12/29/05_

GREGORY C. LANGHAM, CLERK

By:_____
                             Deputy Clerk